**Order entered February 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00701-CR

**MARCO ANTONIO LUNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F14-22091-H**

## ORDER

We **REINSTATE** this appeal.

By order dated February 8, 2017, we granted appellate counsel Kathryn Veech's motion to withdraw and ordered the trial court to appoint new counsel. On February 20, 2017, we received a letter of appearance filed by Michael Casillas. We **DIRECT** the Clerk to add Michael Casillas as appellant's attorney of record in this appeal.

We **ORDER** appellant's brief due March 31, 2017.

/s/    ADA BROWN
        JUSTICE